UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - CHANGE OF PLEA

Case No: CR 06-607 DSF            Date: June 9, 2008

PRESENT: HONORABLE DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| Debra Plato | Mary Rickey | Dorothy Kim |
|---|---|---|
| Court Clerk | Court Reporter | Asst. U. S. Attorney |

INTERPRETER: N/A

| U.S.A. vs (Dft listed below) | Attorney for Defendant |
|---|---|
| 1) Union Pacific Railroad Company | 1) Craig C. Allison |
| X pres ___ custody  x bond | X pres ___ apptd  X retnd |

PROCEEDINGS:   ENTRY OF GUILTY PLEA

- x  Defendant moves to enter a guilty plea to an Information.

- x  Defendant sworn.

- x  Defendant enters new and different plea of GUILTY to Counts 1 and 4.

- x  The Court advises defendant of the Constitutional rights of the defendant and questions defendant's representative regarding plea of GUILTY. The Court FINDS there is an independent factual basis for his plea and further FINDS the plea is made freely, intelligently and voluntarily, and with a full understanding of the nature of the charges, the consequences of the plea and of defendant's Constitutional rights. The Court accepts the plea and orders that the plea be entered.

- ___  The Court refers the defendant to the Probation Office for an investigation and report and the matter is continued to for sentencing.

- x  The Court vacates the jury trial date for this defendant.

- ___  The Court, with the concurrence of the Government, allows the defendant to remain on bond and advises of the consequences of a violation of terms and conditions or a failure to appear.

- ___  The Court directs counsel to submit their sentencing position papers no later than two (2) weeks before the sentencing date.

- x  Other: Court proceeds to immediate sentencing.

.

0/25

MINUTES FORM 6                                                           Initials of Deputy Clerk  dp
CRIM - GEN (rev 3-21-06)