# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No.  CR 06-607 DSF                                        Date  6/9/08

Present: The Honorable  Dale S. Fischer, United States District Judge

| Debra Plato | Mary Rickey | Dorothy Kim |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| Defendant | Counsel for Defendant | Retd. DFPD Panel | Interpreter |
|---|---|---|---|
| Union Pacific Railroad Company | Craig C. Allison | X | N/A |

**PROCEEDINGS:**    SENTENCING AND JUDGMENT

\_\_\_ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.    **X** Refer to separate Judgment Order.
\_\_\_ Imprisonment for \_\_years/months\_\_ on each of counts _____
\_\_\_ Count(s) _____ concurrent/consecutive to count(s) _____
\_\_\_ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
\_\_\_ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
\_\_\_ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
\_\_\_ years/months Supervised Release/Probation imposed on count(s) _____ consecutive/concurrent to count(s) _____ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
   \_\_\_ Perform _____ hours of community service.
   \_\_\_ Serve _____ in a CCC/CTC.
   \_\_\_ Pay  $_____ fine amounts & times determined by P/O.
   \_\_\_ Make  $_____ restitution in amounts & times determined by P/O.
   \_\_\_ Participate in a program for treatment of narcotic/alcohol addiction.
   \_\_\_ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of BICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
   \_\_\_ Other conditions: _____
\_\_\_ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
\_\_\_ Pay  $_____ per count, special assessment to the United States for a total of  $_____
\_\_\_ Imprisonment for \_\_months/years\_\_ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within \_\_days/months\_\_ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
**X** The Court grants the government's oral motion to dismiss the remaining Counts of the Information (2,3 & 5)
**X** Defendant informed of their limited right to appeal.
\_\_\_ ORDER sentencing transcript for Sentencing Commission.   **X** Processed statement of reasons.
**X** Bond exonerated   \_\_\_ upon surrender   \_\_\_ upon service of _____
\_\_\_ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
\_\_\_ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
\_\_\_ Issued Remand/Release   # _____
\_\_\_ Present bond to continue as bond on appeal.   \_\_\_ Appeal bond set at  $_____
**X** Filed and distributed judgment. ENTERED.
\_\_\_ Other

                                                                 0  :  25
                                    Initials of Deputy Clerk  *dp*